# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE GALINA SUDAI 2009 IRREVOCABLE TRUST FOR THE BENEFIT OF HER HANDICAPPED SON, MICHAEL KUBRAK,<br><br>Plaintiff,<br><br>v.<br><br>ROBB EVANS, *et al.*,<br><br>Defendants. | Case No. 2:09-cv-2181-LDG (RJJ)<br><br>**ORDER** |

Cross-defendants Patti Michaely ("Patti") and Robb Evans, who has been appointed Receiver over all of the assets of Joshua Michaely, move to dismiss (#54) the cross-claim of Joshua Michaely ("Joshua"). Joshua has opposed the motion (#61) and has moved to amend his complaint (#63).

Patti and Evans have demonstrated that Joshua lacks standing to bring the cross-claim, as all of Joshua's assets are under the control of the Receiver and Joshua has received neither the leave of the Receiver nor of the Court appointing the Receiver to bring the present action. (Further, as Receiver, Evans is entitled to absolute immunity from suit by Joshua until Joshua receives leave of the court appointing Evans as Receiver.)

Joshua's proposed amended complaint does not cure this defect.

Accordingly, for good cause shown,

THE COURT **ORDERS** that the Motion to Dismiss (#54) Joshua Michaely's Cross-claim is GRANTED with prejudice.

THE COURT FURTHER **ORDERS** that Joshua Michaely's Motion to Amend Cross-claim (#63) is DENIED.

DATED this ____ day of August, 2010.

_____
Lloyd D. George
United States District Judge

2