UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE GALINA SUDAI 2009, IRREVOCABLE TRUST FOR THE BENEFIT OF HER HANDICAPPED SON, MICHAEL KUBRACK,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBB EVANS, etc., *et al.*,<br><br>      Defendant,<br><br>AND RELATED CROSS CLAIMS. | 2:09-cv-2181-LDG-RJJ<br><br><u>O R D E R</u> |

This matter was referred to the undersigned Magistrate Judge a Motion to Withdraw as Counsel (#77) filed by attorney of record for Defendant and Counterclaimant Joshua Michaely.

The Court having reviewed the Motion (#77) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (#77) is scheduled for October 18, 2011, at 9:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant/CounterClaimant Joshua Michaely must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the  motion to withdraw and a copy of this Order on

1  Defendant/Counterclaimant, Joshua Michaely. Proof of compliance with this service
2  requirement **must be filed with the court prior to the scheduled hearing**. There is NO
3  EXCEPTION to the service requirement.
4      DATED this __26th__ day of September, 2011.

                                         _____
                                         ROBERT J. JOHNSTON
                                         United States Magistrate Judge