Blair R Jackson (NV Bar No. 9839)
Blair@cjlawnv.com
CHRISTIANSEN & JACKSON, PC
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 944-0360
Facsimile: (702) 942-0741

*Attorneys for Joshua Michaely, Defendant and Crossclaimant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTHERN NEVADA**

| | |
|---|---|
| THE GALINA SUDAI 2009 IRREVOCABLE TRUST FOR THE BENEFIT OF HER HANDICAPPED SON, MICHAEL KUBRACK,<br><br>    Plaintiff,<br><br>v.<br><br>ROBB EVANS, Receiver over the Assets of Joshua Michaely; PATTI MICHAELY; JOSHUA MICHAELY; PAUL T. DYE; and DOES 1 through X, inclusive,<br><br>    Defendants. | Case No. 2:09-cv-2181-LDG-RJJ<br><br>**EX PARTE MOTION TO APPEAR TELEPHONICALLY AT HEARING TO WITHDRAW AS COUNSEL** |
| JOSHUA MICHAELY,<br><br>    Crossclaim Plaintiff,<br><br>v.<br><br>PATTI MICHAELY; ROBB EVANS; and PAUL T. DYE;<br><br>    Crossclaim Defendants | |

    Defendant/CounterClaimant, Joshua Michaely, by and through his counsel of record hereby moves the Court to allow counsel for the party to appear telephonically for the hearing on

1

the Motion to Withdraw as Counsel scheduled for October 18, 2011, at 9:00 a.m., for the reasons set forth below:

Based on a Motion to Withdraw as Counsel filed by the undersigned on September 19, 2011, the Court has set a hearing on the Motion to Withdraw as Counsel for October 18, 2011. However, counsel for Defendant/CounterClaimant, Joshua Michaely, is located in Lehi, Utah and is no longer residing in Las Vegas, Nevada. Given the distance to be traveled by the undersigned and given the nature and lack of complexity of the hearing, it is respectfully requested that undersigned be permitted to appear at the October 18, 2011 hearing telephonically. The circumstances at the hearing will not require the undersigned to be physically present. Defendant/CounterClaimant, Joshua Michaely, has expressed to the undersigned that he has no intention of appearing at the hearing himself, despite being notified of the hearing.

Furthermore, permitting appearance by telephone will save the undersigned considerable costs as it would come as a great expense to appear in Court. The undersigned has been allowed to appear telephonically in the past and has not abused that privilege. In sum, being permitted to appear by telephone would greatly assist the undersigned.

WHEREFORE, the undersigned respectfully requests this Court enter an Order allowing the undersigned for the Defendant/CounterClaimant, Joshua Michaely, to appear telephonically

//
//
//
//
//
//

for the hearing on the Motion to Withdraw as Counsel scheduled for October 18, 2011, at 9:00 a.m.

DATED this 11th day of October, 2011.

/s/ BLAIR JACKSON

Blair R. Jackson
Attorney for Defendant
CHRISTIANSEN & JACKSON, PC
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

IT IS SO ORDERED. Attorney for Defendant Joshua Michaely, Blair R. Jackson, Esq. may appear at the hearing scheduled for Oct. 18, 2011, by telephone. Attorney Jackson is directed to call into the court's meet-me-line at (702)868-4906, conference code: 123456.
Dated this 17th day of Oct. 2001.

UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of October, 2011.