UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE GALINA SUDAI 2009 IRREVOCABLE TRUST FOR THE BENEFIT OF HER HANDICAPPED SON, MICHAEL KUBRACK,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBB EVANS, etc., *et al.*,<br><br>        Defendant,<br><br>AND RELATED CROSSCLAIM. | 2:09-cv-2181-LDG-RJJ<br><br><br><br>O R D E R |

IT IS HEREBY ORDERED that a status conference is scheduled for January 4, 2012, at 9:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that defendant Joshua Michaely is required to be present in court for this hearing. Defendant Michaely is advised that failure to appear in court for this hearing may result in sanctions being issued by the court.

DATED this  28th  day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge